JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hector Aguiluz-Pineda, | ) | SACV 18-01278JVS(KESx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| US Immigration and Customs Enforcement, | ) ) ) | |
| Defendant(s). | ) | |

The Court having been advised by the mediator that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: 3/13/20

_____
James V. Selna
United States District Judge